IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

OLAOLUWA EMMANUEL DESMOND KALIKU, )
)
                Petitioner, )
)
v. ) Case No. 24-3144-JWL
)
U.S. IMMIGRATION AND CUSTOMS )
    ENFORCEMENT; )
KEVIN RIDDLE, ICE Field Office Director; )
JACOB WELCH, Warden, Chase County Detention )
    Center, )
)
                Respondents. )
)
_____ )

## ORDER OF DISMISSAL

Petitioner filed a *pro se* petition for habeas corpus under 28 U.S.C. § 2241, claiming that he has been unreasonably detained for more than six months after his order of deportation signed on February 14, 2024. On August 21, 2024, the Court ordered petitioner to show cause why the petition should not be dismissed, in light of his apparent concession that his appeal from the removal decision remains pending, which would mean that his removal order is not yet administratively final and his 90-day removal period has not yet begun. *See* 8 U.S.C. § 1231(a)(1)(B)(i). The Clerk of the Court mailed a copy of that show-cause order to petitioner at his place of imprisonment at the address included in the petition (the Chase County Detention Center), but that mailing was returned to the Court as undeliverable, and the detention center confirmed to the Clerk that petitioner was no longer imprisoned there. Petitioner's present address is unknown, and petitioner has not

notified the Court of any change of address, as required by D. Kan. Rule 5.1(c)(3). Accordingly, the Court dismisses this action without prejudice for failure to comply with that rule.[1]  Petitioner may revive this action by filing a motion to reopen the case that includes a response to the Court's show-cause order.

IT IS THEREFFORE ORDERED BY THE COURT THAT the petition for habeas corpus under 28 U.S.C. § 2241 is hereby **dismissed without prejudice**.

IT IS SO ORDERED.

Dated this 5th day of September, 2024, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge

---

[1] Petitioner's pending motion (Doc. # 2) is also denied as moot.