# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**OLAOLUWA EMMANUEL DESMOND KALIKU,**

        **Petitioner,**

v.    Case No. 24-3144-JWL

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, KEVIN RIDDLE and JACOB WELCH,**

        **Respondents.**

## JUDGMENT IN A CIVIL CASE

**( )    JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)    DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus under 28 U.S.C. § 2241 is dismissed without prejudice.

Entered on the docket 09/05/24

**Dated:  September 5, 2024**    SKYLER B. O'HARA
CLERK OF THE DISTRICT COURT


s/S. Nielsen-Davis
**Deputy Clerk**