IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

OLAOLUWA EMMANUEL DESMOND KALIKU,  )
)
Petitioner,  )
)
v.  )          Case No. 24-3144-JWL
)
U.S. IMMIGRATION AND CUSTOMS  )
    ENFORCEMENT;  )
KEVIN RIDDLE, ICE Field Office Director;  )
JACOB WELCH, Warden, Chase County Detention  )
    Center,  )
)
Respondents.  )
)
_____ )

## <u>ORDER TO SHOW CAUSE</u>

Petitioner filed a *pro se* petition for habeas corpus under 28 U.S.C. § 2241, claiming that he has been unreasonably detained for more than six months after his order of deportation signed on February 14, 2024. The Court ordered petitioner to show cause why the petition should not be dismissed, in light of his apparent concession that his appeal from the removal decision remains pending, which would mean that his removal order is not yet administratively final and his 90-day removal period has not yet begun. *See* 8 U.S.C. § 1231(a)(1)(B)(i). When the Clerk of the Court mailed a copy of that show-cause order to petitioner at his place of imprisonment at the address included in the petition (the Chase County Detention Center), the mailing was returned to the Court as undeliverable, and the detention center confirmed to the Clerk that petitioner was no longer imprisoned there. Therefore, on September 5, 2024, the Court dismissed this case based on petitioner's

failure to notify the Court of a change of address in violation of D. Kan. Rule 5.1(c)(3). The Court stated in the order of dismissal that petitioner could revive this action "by filing a motion to reopen the case that includes a response to the Court's show-cause order." Petitioner then notified the Court of his new place of detention and filed a motion to reopen the case; on September 24, 2024, the Court denied that motion without prejudice, however, because petitioner failed to respond to the show-cause order.

Petitioner has now filed a response to the Court's show-cause order, which petitioner dated September 3, 2024, and which he mailed on September 5, 2024, but which was not received by the Clerk's Office until October 2, 2024. In that response, petitioner claims that there is no pending appeal from his removal order. Accordingly, because petitioner had in fact attempted to address the issue raised in the show-cause order, the Court hereby vacates its order of September 24, 2024, in which it denied petitioner's motion to reopen the case; and it hereby grants to motion to reopen (Doc. # 8). Moreover, the Court concludes that a response to the petition is necessary, on an expedited basis.

IT IS THEREFFORE ORDERED BY THE COURT THAT the Court's Order of September 24, 2024 (Doc. # 10), is hereby vacated, and petitioner's motion to reopen the case (Doc. # 8) is hereby **granted**.

IT IS FURTHER ORDERED BY THE COURT THAT respondents are required to show cause on or before **October 24, 2024**, why the petition should not be granted; and that petitioner is granted until **November 14, 2024**, to file a traverse thereto, admitting or

2

denying under oath all factual allegations contained in the response.  Copies of this Order shall be transmitted to the parties and to the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 3rd day of October, 2024, in Kansas City, Kansas.

<u>/s/  John W. Lungstrum</u>
Hon. John W. Lungstrum
United States District Judge