IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

OLAOLUWA EMMANUEL DESMOND KALIKU, )
)
                Petitioner, )
)
v. )    Case No. 24-3144-JWL
)
U.S. IMMIGRATION AND CUSTOMS )
    ENFORCEMENT; )
KEVIN RIDDLE, ICE Field Office Director; )
JACOB WELCH, Warden, Chase County Detention )
    Center, )
)
                Respondents. )
)
_____)

## **ORDER**

Petitioner filed a *pro se* petition for habeas corpus under 28 U.S.C. § 2241, claiming that he has been unreasonably detained for more than six months after his order of deportation was signed on February 14, 2024. On October 24, 2024, respondents filed their response to the petition, and petitioner's traverse is presently due on or before November 14, 2024. Petitioner has now filed a motion (Doc. # 14) in which he asks the Court to order Chase County Detention Center (where petitioner was previously detained) and ICE officials to produce to him copies of his email communications with immigration officials during the time of his detention there. In response to the motion, respondents have

provided evidence that all such emails have now been produced to petitioner. Accordingly, the motion for such relief is hereby **denied as moot**.[1]

IT IS THEREFORE ORDERED BY THE COURT THAT petitioner's motion for the production of certain documents (Doc. # 14) is hereby **denied as moot**.

IT IS SO ORDERED.

Dated this 7th day of November, 2024, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge

---

[1] Respondents also state in their response that petitioner has sent a list of questions to a deportation official and thus appears to seek discovery without leave of the Court. The Court agrees with respondents that petitioner has not sought leave to propound interrogatories to respondents. Because no such motion for leave is presently pending, the Court states no opinion concerning whether it would grant petitioner leave to propound interrogatories or to seek other discovery in this case.