# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

OLAOLUWA EMMANUEL DESMOND KALIKU,

      Petitioner,

v.   Case No.  24-3144-JWL

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, KEVIN RIDDLE and JACOB WELCH,

      Respondents.

## JUDGMENT IN A CIVIL CASE

( )   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

(x)   **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petition for habeas corpus pursuant to 28 U.S.C. § 2241 is denied

Entered on the docket 11/21/24

**Dated:  November 21, 2024**         SKYLER B. O'HARA
                                      CLERK OF THE DISTRICT COURT


                                      s/S. Nielsen-Davis
                                      **Deputy Clerk**